| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID S. HAGEN - SBN 110588<br>LAW OFFICES OF DAVID S. HAGEN<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416   Fax (818) 990-5680<br>email:  davidhagenlaw@gmail.com | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for* Defendants | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>RICHARD IRVING LEVINSON and LISA MARIE LEVINSON,<br><br>Debtor(s). | CASE NO.: 2:22-bk-15330-WB<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 2:22-ap-01218-WB |
|---|---|
| DENNIS GEWANT<br><br>Plaintiff(s),<br>vs.<br>RICHARD IRVING LEVINSON and LISA MARIE LEVINSON,<br><br>Defendant. | **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM**<br><br>**[NOTE: A COMPLETED ORDER ASSIGNING MATTER TO MEDIATION AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR MUST BE CONCURRENTLY UPLOADED THROUGH LODGED ORDER UPLOAD (LOU) WITH THIS REQUEST]**<br><br>[NO HEARING REQUIRED] |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

<u>Description of the Matter:</u>

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                          Page 1                                          **F 701**

5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☑ Dischargeability
   Specify grounds: Effectiveness of prior state court judgment

8. ☑ Other. Please specify: Mediator has agreed to first 4 hours without charge and then $750/hr after 4 hours

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☑ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $
10. ☐ Money not at issue.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2011*                                         Page 2                                         **F 701**

**SUBMITTED JOINTLY BY:**

Date: _____2/15/2023_____

RICHARD LEVINSON
(Name of party)

_____
(Signature of party)

Date: _____02/15/2023_____

DAVID S. HAGEN
(Name of party's counsel)

_____
(Signature of party's counsel)

Date: _____02/15/2023_____

DENNIS GEWANT
(Name of party)

_____
(Signature of party)

Date: _____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:   Hon. Barry Russell
      Mediation Program Administrator
      United States Bankruptcy Court
      255 East Temple Street, Suite 1660
      Los Angeles, CA  90012

F 701

**SUBMITTED JOINTLY BY:**

Date: _____2/15/2023_____

RICHARD LEVINSON
(Name of party)

_____
(Signature of party)

Date: _____02/15/2023_____

DAVID S. HAGEN
(Name of party's counsel)

_____
(Signature of party's counsel)

Date: _____02/15/2023_____

DENNIS GEWANT
(Name of party)

_____
(Signature of party)

Date: _____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

**Instructions from the court**: A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:   Hon. Barry Russell
      Mediation Program Administrator
      United States Bankruptcy Court
      255 East Temple Street, Suite 1660
      Los Angeles, CA  90012

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                Page 3                                F 701

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16830 Ventura Blvd., Suite 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document described as **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Carolyn Dye, Trustee         trustee @cadye.com
UST (LA)                     ustpregion16.la.ecf@usdoj.gov
Dennis Gewant                atlasjudgmentrecovery@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On 2/16/2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator:    Louis Esbin        louis@esbinlaw.com

Alternate Mediator: None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 2/16/2023        Signature: /s/ DAVID S. HAGEN

Printed Name: DAVID S. HAGEN

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

May 2011                                    Page 4                                    **F 701**