United States Bankruptcy Court

Central District of California

Gewant,
    Plaintiff

Levinson,
    Defendant

Adv. Proc. No. 22-01218-WB

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Feb 17, 2023      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Dennis Gewant, 269 S Beverly Dr, Ste 102, Beverly Hills, CA 90212-3851 |
| dft | + | Lisa Marie Levinson, 5955 Saturn St #106, Los Angeles, CA 90035-4042 |
| dft | + | Richard Irving Levinson, 5955 Saturn St #106, Los Angeles, CA 90035-4042 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

**Name**      **Email Address**

Carolyn A Dye (TR)
    trustee@cadye.com  c197@ecfcbis.com;atty@cadye.com

David S Hagen
    on behalf of Defendant Richard Irving Levinson davidhagenlaw@gmail.com

David S Hagen
    on behalf of Defendant Lisa Marie Levinson davidhagenlaw@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2023 Form ID: pdf031 Total Noticed: 3
TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID S. HAGEN – SBN 110588<br>LAW OFFICES OF DAVID S. HAGEN<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416   Fax (818) 990-5680<br>Email: davidhagenlaw@gmail.com<br><br><br><br><br><br>*Attorney for* Defendants | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 17 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>RICHARD IRVING LEVINSON and LISA MARIE LEVINSON,<br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-15330-WB<br>CHAPTER:  7<br>ADVERSARY NO.:  2:22-ap-01218-WB |
|---|---|
| DENNIS GEWANT dba ATLAS JUDGMENT RECOVERY,<br><br>Plaintiff(s),<br>vs.<br><br>RICHARD IRVING LEVINSON and LISA MARIE LEVINSON<br><br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This *Dennis Gewant dba Atlas Judgment Recovery v. Richard Irving Levinson and Lisa Marie Levinson*
         (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Louis Esbin | |
| Name | Name |
| Esbin Law | _____ |
| Firm name | Firm name |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017* | Page 1 | **F 702**

| | |
|---|---|
| 27451 Tourney Rd #120<br>Address | Address |
| Valencia, CA 91355-304<br>City, state, zip code | City, state, zip code |
| (661) 254-5050<br>Telephone | Telephone |
| (661) 254-5252<br>Facsimile | Facsimile |
| louis@esbinlaw.com<br>Email address | Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for Plaintiff: (Pro per): | Attorney for Defendants |
| Dennis Gewant<br>Name | Name |
| Dennis Gewant<br>Firm name | David S Hagen<br>Firm name |
| n/a<br>Address | Law Offices of David S Hagen<br>Address |
| 269 S. Beverly Dr. #102<br>Beverly Hills, CA 90212<br>City, state, zip code | 16830 Ventura Blvd. #500<br>Encino, CA 91436-1795<br>City, state, zip code |
| (310) 276-4900<br>Telephone | (818) 990-4416<br>Telephone |
| (310) 273-6432<br>Facsimile | (818) 990-5680<br>Facsimile |
| atlasjudgmentrecovery@gmail.com<br>Email address | davidhagenlaw@gmail.com<br>Email address |

**[Attach additional page(s) if necessary.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*          Page 2          **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability

    Specify grounds: Prior state court judgment

8. ☐ Other. Please specify: _____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☒ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                                Page 3                                                **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

(1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

(2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

Stipulation Assigning Matter to Mediation Program


The parties are to comply with the provisions of Third Amended General Order No. 95-01.


IT IS SO ORDERED:

                                               ###

Date: February 17, 2023

                                               Julia W. Brand
                                               United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 4                                   F 702

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID S. HAGEN - SBN 110588<br>LAW OFFICES OF DAVID S. HAGEN<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416   Fax (818) 990-5680<br>email: davidhagenlaw@gmail.com<br><br>☑ Attorney for Defendants | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>RICHARD IRVING LEVINSON and LISA MARIE LEVINSON,<br><br>                                                Debtor(s). | CASE NO.: 2:22-bk-15330-WB<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 2:22-ap-01218-WB |
|---|---|
| DENNIS GEWANT<br><br>                                                Plaintiff(s),<br>vs.<br>RICHARD IRVING LEVINSON and LISA MARIE LEVINSON,<br><br>                                                Defendant. | **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM**<br><br>[NOTE: A COMPLETED ORDER ASSIGNING MATTER TO MEDIATION AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR MUST BE CONCURRENTLY UPLOADED THROUGH LODGED ORDER UPLOAD (LOU) WITH THIS REQUEST]<br><br>[NO HEARING REQUIRED] |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                                      Page 1                                                      F 701

5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☑ Dischargeability

   Specify grounds: Effectiveness of prior state court judgment

8. ☑ Other. Please specify: Mediator has agreed to first 4 hours without charge and then $750/hr after 4 hours

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☑ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $
10. ☐ Money not at issue.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011    Page 2    F 701

**SUBMITTED JOINTLY BY:**

Date: _____2/15/2023_____

RICHARD LEVINSON
(Name of party)

_[signature]_
(Signature of party)

Date: _____02/15/2023_____

DAVID S. HAGEN
(Name of party's counsel)

_[signature]_
(Signature of party's counsel)

Date: _____02/15/2023_____

DENNIS GEWANT
(Name of party)

_____
(Signature of party)

Date: _____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, CA 90012

**SUBMITTED JOINTLY BY:**

Date: 2/15/2023

RICHARD LEVINSON
(Name of party)

_____
(Signature of party)

Date: 02/15/2023

DAVID S. HAGEN
(Name of party's counsel)

_____
(Signature of party's counsel)

Date: 02/15/2023

DENNIS GEWANT
(Name of party)

_____
(Signature of party)

Date: _____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc: Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, CA 90012

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                   Page 3                                   F 701

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16830 Ventura Blvd., Suite 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document described as **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Carolyn Dye, Trustee         trustee@cadye.com
UST (LA)                     ustpregion16.la.ecf@usdoj.gov
Dennis Gewant               atlasjudgmentrecovery@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On 2/16/2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator:    Louis Esbin         louis@esbinlaw.com

Alternate Mediator: None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 2/16/2023     Signature: /s/ DAVID S. HAGEN

Printed Name: DAVID S. HAGEN

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

May 2011                                    Page 4                                    F 701