Dennis Gewant DBA Atlas Judgment Recovery
269 S Beverly Dr, Ste 102, Beverly Hills, CA 90212
Tel: 310-276-4900 / Fax: 310-273-6432
Email: atlasjudgmentrecovery@gmail.com
Assignee of Record, Creditor, and Plaintiff, Pro Se

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re Richard Irving Levinson and Lisa Marie Levinson,<br><br>Debtors<br><br>Dennis Gewant DBA Atlas Judgment Recovery,<br><br>Plaintiff,<br><br>v.<br><br>Richard Irving Levinson and Lisa Marie Levinson,<br><br>Defendants | Case No.: 2:22-BK-15330-WB<br>Chapter 7 Proceeding<br>AP No. 2:22-AP-01218-WB<br><br>**FORTHWITH STIPULATED REQUEST TO MOVE HEARING DATE** |

    Plaintiff Gewant hereby respectfully requests that the May 9 hearing date currently reserved for hearing of his impending Motion for Summary Judgment be moved to May 23 or May 30. Due to medical issues, Gewant has been unable to complete his Motion timely. May 9 is currently set for hearing on the *Defendants'* Motion for Summary Judgment.

    Defendants' counsel has already agreed to this rescheduling. Ex. 1.

    Respectfully submitted, this 28th day of March, 2023.

_____    Dennis Gewant, Plaintiff *Pro Se*

FORTHWITH STIPULATED REQUEST TO MOVE HEARING DATE
1 of 1

M Gmail                                                                    dennis gewant <atlasjudgmentrecovery@gmail.com>

## Motion date

**David Hagen** <davidhagenlaw@gmail.com>                                                    Wed, Mar 22, 2023 at 8:12 PM
To: dennis gewant <atlasjudgmentrecovery@gmail.com>

I believe that Judge Brand sets motions for summary judgment motions on Tuesdays at 2.  Any date in may that the courtroom deputy sets is fine

Sent from my iPad


> On Mar 22, 2023, at 6:05 PM, dennis gewant <atlasjudgmentrecovery@gmail.com> wrote:
>
>
> Mr. Hagen,
>
> Because of some family medical issues, I need more time to complete my motion for summary judgment. I would therefore like to separate its hearing date from the one on your client's motion. Can you please provide me with some dates and times during the week of May 22? I have already left a voicemail for the courtroom deputy requesting dates in that week. Hopefully some of her dates will overlap with yours.
>
> Thank you very much.
>
>
> Respectfully,
>
> Dennis
>
>
> --
> Dennis Gewant
> Atlas Judgment Recovery
> 269 S. Beverly Dr. Ste.  # 102
> Beverly Hills, Ca. 90212
> Tel. # 310-276-4900
> Fax # 310-273-6432
> Website: atlasjudgmentrecovery.com
> Email atlasjudgmentrecovery@gmail.com
>
> Please consult an attorney for any legal advice, as any information expressed by me is merely my personal opinion, and should not be construed as having any legal basis

**Exhibit 1**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled (*specify*): _____
 FORTHWITH STIPULATED REQUEST TO MOVE HEARING DATE _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _03/28/2023_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 Defendants' counsel via email per written agreement:
 David S Hagen, DavidHagenLaw@gmail.com
 To Defendants through Richard Levinson: richlevinson@prodigy.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/28/2023 | Dennis Gewant | /s/ Dennis Gewant |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**