FILED & ENTERED

AUG 29 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Richard Irving Levinson,<br>Lisa Marie Levinson,<br><br><br>Debtor(s),<br><br>Dennis Gewant,<br><br>Plaintiff(s),<br><br>vs.<br><br>Richard Irving Levinson,<br><br>Defendant(s). | Case No.: 2:22-bk-15330-WB<br><br>Chapter: 7<br><br>Adversary No.: 2:22-ap-01218-WB<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:         September 19, 2023<br>Time:        2:00 PM<br>Courtroom:   1375<br><br><br>Continued hearing date:<br>Date:         September 26, 2023<br>Time:        2:00 PM<br>Courtroom:   1375 |

    IT IS HEREBY ORDERED that the pretrial conference in the above-referenced adversary proceeding is continued to **September 26, 2023 at 2:00 p.m.**

///

- 1 -

The hearing set for September 19, 2023 at 2:00 p.m. is off calendar.

### 

Date: August 29, 2023

Julia W. Brand
United States Bankruptcy Judge

- 2 -

- 3